James W. Johnson
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

FILED
CLERK, U.S. DISTRICT COURT
August 17, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Vancouver Alumni Asset Holdings, Inc., et al. Plaintiff(s) v. Daimler AG, Dieter Zetsche, and Thomas Weber, Defendant(s). | CASE NUMBER 2:16-cv-02942-SJO-KS (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Johnson, James W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 907-0700          (212) 818-0477
*Telephone Number*     *Fax Number*

jjohnson@labaton.com
*E-Mail Address*

of Labaton Sucharow LLP
140 Broadway
New York, New York 10005
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Public School Retirement System of the School District of Kansas City, Missouri

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Lead Plaintiff

**and designating as Local Counsel**

Prongay, Robert V.
*Designee's Name (Last Name, First Name & Middle Initial)*

270796            (310) 201-9150       201-9160
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

rprongay@glancylaw.com
*E-Mail Address*

of Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, California 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED  CONDITIONED THAT ALL DATES SET SHALL REMAIN.
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

**Dated:** August 17, 2016.

*S. James Otero*
**U.S. District Judge/U.S. Magistrate Judge**