Michael H. Rogers
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

```
FILED
CLERK, U.S. DISTRICT COURT

August 17, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY:    VPC    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vancouver Alumni Asset Holdings, Inc., et al.<br><br>Plaintiff(s)<br>v.<br>Daimler AG, Dieter Zetsche, and Thomas Weber,<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-02942-SJO-KS<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Rogers, Michael H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 907-0700     (212) 818-0477
*Telephone Number*  *Fax Number*

mrogers@labaton.com
*E-Mail Address*

of

Labaton Sucharow LLP
140 Broadway
New York, New York 10005

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Public School Retirement System of the School District of Kansas City, Missouri

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Lead Plaintiff

**and designating as Local Counsel**

Prongay, Robert V.
*Designee's Name (Last Name, First Name & Middle Initial)*

270796      (310) 201-9150     201-9160
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

rprongay@glancylaw.com
*E-Mail Address*

of

Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, California 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED   CONDITIONED THAT ALL DATES SET SHALL REMAIN.

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☒ not be refunded.

**Dated:**    August 17, 2016.

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1