| | |
|---|---|
| 1 | GLANCY PRONGAY & MURRAY LLP |
| 2 | JOSHUA L. CROWELL (295411) |
| | 1925 Century Park East |
| 3 | Suite 2100 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (310) 201-9150 |
| | Facsimile: (310) 432-1495 |
| 5 | jcrowell@glancylaw.com |
| 6 | *Liaison Counsel for Lead Plaintiff* |
| | *Public School Retirement System of the* |
| 7 | *School District of Kansas City,* |
| | *Missouri and Liaison Counsel* |
| 8 | *for the Proposed Class* |
| 9 | LABATON SUCHAROW LLP |
| | JAMES W. JOHNSON (*pro hac vice*) |
| 10 | MICHAEL H. ROGERS (*pro hac vice*) |
| | MATTHEW J. HRUTKAY (297485) |
| 11 | 140 Broadway |
| | New York, New York 10005 |
| 12 | Telephone: (212) 907-0700 |
| | Facsimile: (212) 818-0477 |
| 13 | jjohnson@labaton.com |
| | mrogers@labaton.com |
| 14 | mhrutkay@labaton.com |
| 15 | *Attorneys for Lead Plaintiff Public* |
| | *School Retirement System of the* |
| 16 | *School District of Kansas City,* |
| | *Missouri and Liaison Counsel* |
| 17 | *for the Proposed Class* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | VANCOUVER ALUMNI ASSET HOLDINGS INC,, Individually and on Behalf of All Others Similarly Situated, | Case No. 16-cv-02942-SJO-KS |
| 21 | | |
| 22 | Plaintiffs, | **LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO AMEND COMPLAINT** |
| 23 | v. | |
| 24 | DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER, | Judge: Hon. S. James Otero |
| 25 | | |
| 26 | Defendants. | |

LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO AMEND COMPLAINT
CASE NO. 16-CV-02942-SJO-KS

| | |
|---|---|
| MARIA MUNRO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>　　　　　Defendants. | Case No. 16-cv-03412-SJO-KS |

Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri ("Plaintiff"), respectfully submits this Notice of Intent Not to Amend Complaint.

This Court's Order Granting In Part and Denying in Part Defendants' Motion to Dismiss Plaintiffs' Consolidated Securities Class Action Complaint (the "MTD Order") (ECF No. 77), dated May 31, 2017, sustained: (i) Plaintiff's Section 10(b) claims against all Defendants other than MBUSA; (ii) Plaintiff's Section 20(a) claims against all Defendants other than Daimler AG (a Section 20(a) claim was not brought against MBUSA); and (iii) granted leave to amend Plaintiff's Section 10(b) allegations as to MBUSA and Section 20(a) allegations as to Daimler AG.

Plaintiff, cognizant of its obligations pursuant to the Federal Rules of Civil Procedure, has determined that it is not presently in possession of facts that would enable it to amend the Consolidated Class Action Complaint to address the deficiencies identified in the MTD Order with respect to Plaintiff's Section 10(b) claim against MBUSA and its Section 20(a) claim against Daimler AG.

Therefore, Plaintiff respectfully advises the Court that it elects not to amend the Complaint.

Dated: June 13, 2017

LABATON SUCHAROW LLP

By: */s/ James W. Johnson*
JAMES W. JOHNSON
MICHAEL H. ROGERS
MATTHEW J. HRUTKAY

*Attorneys for Lead Plaintiff Public School Retirement System of the School District of Kansas City, Missouri and Lead Counsel for the Proposed Class*

1  GLANCY PRONGAY &
   MURRAY LLP
2  Joshua L. Crowell

3  *Liaison Counsel for Lead Plaintiff Public
   School Retirement System of the School
4  District of Kansas City, Missouri and
   Liaison Counsel for the Proposed Class*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28