| | |
|---|---|
| GLANCY PRONGAY<br>  & MURRAY LLP<br>JOSHUA L. CROWELL (295411)<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>jcrowell@glancylaw.com<br><br>*Liaison Counsel for Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri and Liaison Counsel for the Proposed Class* | LABATON SUCHAROW LLP<br>JAMES W. JOHNSON (*pro hac vice*)<br>MICHAEL H. ROGERS (*pro hac vice*)<br>IRINA VASILCHENKO (*pro hac vice*)<br>JAMES T. CHRISTIE (*pro hac vice*)<br>MARGARET SCHMIDT (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>jjohnson@labaton.com<br>mrogers@labaton.com<br>ivasilchenko@labaton.com<br>jchristie@labaton.com<br>mschmidt@labaton.com<br><br>*Attorneys for Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri and Lead Counsel for the Proposed Class* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANCOUVER ALUMNI ASSET HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>  Defendants. | Master File No. 16-cv-02942-DSF-KS<br><br>Judge:   Hon. Dale S. Fischer<br><br>**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |
| MARIA MUNRO, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>  Defendants. | Case No. 16-cv-03412-DSF-KS<br><br>Hearing:<br><br>Date: May 18, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 7D<br>Judge: Hon. Dale S. Fischer |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 18, 2020, at 1:30 p.m., or as soon thereafter as it may be heard, if a hearing is required by the Court, Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri ("Lead Plaintiff"), through its counsel Labaton Sucharow LLP, on behalf of itself and all members of the proposed Settlement Class, will move this Court for an Order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e): (i) preliminarily approving a proposed settlement of the above-captioned class action (the "Settlement"); (ii) certifying the Settlement Class pursuant to Rules 23(a) and (b)(3), and appointing Lead Plaintiff as Class Representative and the law firm of Labaton Sucharow LLP as Class Counsel for the Settlement Class; (iii) directing that notice of the Settlement be provided to the Settlement Class; (iv) scheduling a hearing to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation for the Settlement proceeds, and Lead Counsel's application for an award of attorneys' fees and expenses; and (v) granting such other and further relief as this Court deems just and proper. Defendants do not oppose the relief requested by the motion.

This motion is supported by the accompanying memorandum of points and authorities, the Declaration of James W. Johnson, dated April 29, 2020, and the exhibits attached thereto, including the Stipulation and Agreement of Settlement, dated April 20, 2020.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, with annexed exhibits, which was negotiated by the Parties, is also submitted herewith.

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS

1

| | | |
|---|---|---|
| Dated: April 29, 2020 | | **LABATON SUCHAROW LLP** |
| | By: | /s/ *James W. Johnson* |
| | | JAMES W. JOHNSON (*pro hac vice*) |
| | | MICHAEL H. ROGERS (*pro hac vice*) |
| | | IRINA VASILCHENKO (*pro hac vice*) |
| | | JAMES T. CHRISTIE (*pro hac vice*) |
| | | MARGARET SCHMIDT (*pro hac vice*) |
| | | 140 Broadway |
| | | New York, NY 10005 |
| | | Telephone: (212) 907-0700 |
| | | Facsimile: (212) 818-0477 |
| | | jjohnson@labaton.com |
| | | mrogers@labaton.com |
| | | ivasilchenko@labaton.com |
| | | jchristie@labaton.com |
| | | mschmidt@labaton.com |

*Attorneys for Lead Plaintiff and the Settlement Class*

**GLANCY PRONGAY & MURRAY LLP**
JOSHUA L. CROWELL (295411)
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
jcrowell@glancylaw.com

*Liaison Counsel for Lead Plaintiff and the Settlement Class*

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS

2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on April 29, 2020, I authorized the electronic filing of |
| 3 | the foregoing with the Clerk of the Court using the CM/ECF system, which will |
| 4 | send notification of such filing to the e-mail addresses denoted on the attached |
| 5 | Electronic Mail Notice List served via ECF on all registered participants only. |
| 6 | I certify under penalty of perjury under the laws of the United States of |
| 7 | America that the foregoing is true and correct. |
| 8 | Executed on April 29, 2020 |
| 9 | |
| 10 | /s/ *James W. Johnson* |
| | James W. Johnson |

CERTIFICATE OF SERVICE
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS

**Mailing Information for a Case 2:16-cv-02942-DSF-KS Vancouver Alumni Asset Holdings, Inc. v. Daimler AG et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J Belfi**
  ebelfi@labaton.com,lpina@labaton.com,4076904420@filings.docketbird.com,electroniccasefiling@labaton.com

- **James T Christie**
  jchristie@labaton.com,lpina@labaton.com,smundo@labaton.com,9436348420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Paul J Collins**
  pcollins@gibsondunn.com,PLe@gibsondunn.com,eoldiges@gibsondunn.com,mjkahn@gibsondunn.com,JRodriguez@gibsondunn.com,cthomas@gibsondunn.com

- **Joshua Lon Crowell**
  jcrowell@glancylaw.com,joshua-crowell-496@ecf.pacerpro.com,info@glancylaw.com

- **Jenny Lynn Grantz**
  jenny.grantz@squirepb.com,carrie.takahata@squirepb.com

- **James W Johnson**
  jjohnson@labaton.com,7592785420@filings.docketbird.com,lpina@labaton.com,smundo@labaton.com,electroniccasefiling@labaton.com

- **Michael J Kahn**
  mjkahn@gibsondunn.com,jrodriguez@gibsondunn.com,SChoi@gibsondunn.com

- **Christopher J Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Matthew J Kemner**
  matthew.kemner@squirepb.com,Marsi.Allard@SquirePB.com

- **Francis P McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danny Lam Nguyen**
  danny.nguyen@usdoj.gov

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Michael H Rogers**
  mrogers@labaton.com,lpina@labaton.com,8956253420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Jonathan M Rotter**
  jrotter@glancylaw.com,jonathan-rotter-5262@ecf.pacerpro.com

- Margaret Schmidt
  mschmidt@labaton.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Christopher S Turner**
  christopher.turner@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com,christopher-turner-6162@ecf.pacerpro.com,DCECFNotificationsDC@lw.com

- **Irina Vasilchenko**
  ivasilchenko@labaton.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com,8032137420@filings.docketbird.com

- **Peter Allen Wald**
  peter.wald@lw.com,peter-wald-7073@ecf.pacerpro.com,#sflitigationservices@lw.com

- **Troy M Yoshino**
  troy.yoshino@squirepb.com,carrie.takahata@squirepb.com

- **Meryl L Young**
  myoung@gibsondunn.com,pmclean@gibsondunn.com

- **Nicole M Zeiss**
  NZeiss@labaton.com,5854006420@filings.docketbird.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com,Settlementquestions@labaton.com,cboria@labaton.

MAIL LIST
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS