| | |
|---|---|
| GLANCY PRONGAY<br>& MURRAY LLP<br>JOSHUA L. CROWELL (295411)<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>jcrowell@glancylaw.com<br><br>*Liaison Counsel for Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri and Liaison Counsel for the Proposed Class* | LABATON SUCHAROW LLP<br>JAMES W. JOHNSON (*pro hac vice*)<br>MICHAEL H. ROGERS (*pro hac vice*)<br>IRINA VASILCHENKO (*pro hac vice*)<br>JAMES T. CHRISTIE (*pro hac vice*)<br>MARGARET SCHMIDT (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>jjohnson@labaton.com<br>mrogers@labaton.com<br>ivasilchenko@labaton.com<br>jchristie@labaton.com<br>mschmidt@labaton.com<br><br>*Attorneys for Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri and Lead Counsel for the Proposed Class* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANCOUVER ALUMNI ASSET HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>　　　　Defendants. | Master File No. 16-cv-02942-DSF-KS<br><br>Judge:　　Hon. Dale S. Fischer<br><br>**DECLARATION OF JAMES W. JOHNSON IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |
| MARIA MUNRO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>　　　　Defendants. | Case No. 16-cv-03412-DSF-KS<br><br>Hearing:<br><br>Date: May 18, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 7D<br>Judge: Hon. Dale S. Fischer |

I, JAMES W. JOHNSON, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted *pro hac vice* to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1: Stipulation and Agreement of Settlement, dated as of April 20, 2020, with exhibits thereto.

Exhibit 2: Firm resume of Labaton Sucharow LLP.

Exhibit 3: Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements – 2019 Review and Analysis* (Cornerstone Research 2020).

Exhibit 4: Firm resume of A.B. Data, Ltd., the proposed claims administrator for the Settlement.

Exhibit 5: A.B. Data, Ltd. price proposal for notice and claims administration services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2020.

/s/ *James W. Johnson*
JAMES W. JOHNSON

<pre>
 1                      **CERTIFICATE OF SERVICE**
 2         I hereby certify that on April 29, 2020, I authorized the electronic filing of
 3  the foregoing with the Clerk of the Court using the CM/ECF system, which will
 4  send notification of such filing to the e-mail addresses denoted on the attached
 5  Electronic Mail Notice List served via ECF on all registered participants only.
 6         I certify under penalty of perjury under the laws of the United States of
 7  America that the foregoing is true and correct.
 8         Executed on April 29, 2020
 9
10                                    /s/ *James W. Johnson*
11                                        James W. Johnson
</pre>

CERTIFICATE OF SERVICE
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS

**Mailing Information for a Case 2:16-cv-02942-DSF-KS Vancouver Alumni Asset Holdings, Inc. v. Daimler AG et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J Belfi**
  ebelfi@labaton.com,lpina@labaton.com,4076904420@filings.docketbird.com,electroniccasefiling@labaton.com

- **James T Christie**
  jchristie@labaton.com,lpina@labaton.com,smundo@labaton.com,9436348420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Paul J Collins**
  pcollins@gibsondunn.com,PLe@gibsondunn.com,eoldiges@gibsondunn.com,mjkahn@gibsondunn.com,JRodriguez@gibsondunn.com,cthomas@gibsondunn.com

- **Joshua Lon Crowell**
  jcrowell@glancylaw.com,joshua-crowell-496@ecf.pacerpro.com,info@glancylaw.com

- **Jenny Lynn Grantz**
  jenny.grantz@squirepb.com,carrie.takahata@squirepb.com

- **James W Johnson**
  jjohnson@labaton.com,7592785420@filings.docketbird.com,lpina@labaton.com,smundo@labaton.com,electroniccasefiling@labaton.com

- **Michael J Kahn**
  mjkahn@gibsondunn.com,jrodriguez@gibsondunn.com,SChoi@gibsondunn.com

- **Christopher J Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Matthew J Kemner**
  matthew.kemner@squirepb.com,Marsi.Allard@SquirePB.com

- **Francis P McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danny Lam Nguyen**
  danny.nguyen@usdoj.gov

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Michael H Rogers**
  mrogers@labaton.com,lpina@labaton.com,8956253420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Jonathan M Rotter**
  jrotter@glancylaw.com,jonathan-rotter-5262@ecf.pacerpro.com

- Margaret Schmidt
  mschmidt@labaton.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Christopher S Turner**
  christopher.turner@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com,christopher-turner-6162@ecf.pacerpro.com,DCECFNotificationsDC@lw.com

- **Irina Vasilchenko**
  ivasilchenko@labaton.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com,8032137420@filings.docketbird.com

- **Peter Allen Wald**
  peter.wald@lw.com,peter-wald-7073@ecf.pacerpro.com,#sflitigationservices@lw.com

- **Troy M Yoshino**
  troy.yoshino@squirepb.com,carrie.takahata@squirepb.com

- **Meryl L Young**
  myoung@gibsondunn.com,pmclean@gibsondunn.com

- **Nicole M Zeiss**
  NZeiss@labaton.com,5854006420@filings.docketbird.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com,Settlementquestions@labaton.com,cboria@labaton.