# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCOUVER ALUMNI ASSET HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>Defendants. | Master File No. 16-cv-2942 DSF (KSx)<br><br>ORDER RE LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT |
| MARIA MUNRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>Defendants. | Case No. 16-cv-3412 DSF (KSx) |

The Court has reviewed Lead Plaintiffs' Response to the Court's June 24, 2020 Order and will grant preliminary approval of the proposed class action settlement if the parties agree to the following changes:

1. The *cy pres* recipient must be changed to one or both of the alternative entities identified in the Response.

2. Lead Plaintiff must seek Court approval of Notice and Administration Expenses of greater than $340,000.

3. Lead counsel must seek Court approval before ceasing distributions and making the *cy pres* donation unless the balance is below $20,000.

4. The Court approves the original request for a $10.00 floor for prorated payments.

In addition, Lead Plaintiff's counsel is to add to the end of paragraph 37 of the Notice that no one should contact the Court. The reference in paragraph 45 to visiting the Court to review the documents filed in the case should be removed. The Court is not presently open to the public. The reference to "Question 17 below" appears to be an error.

The parties are to provide appropriate documentation of the above changes and a proposed date for the Settlement Hearing.

IT IS SO ORDERED.

Date: August 27, 2020

_____
Dale S. Fischer
United States District Judge