| | |
|---|---|
| GLANCY PRONGAY<br>     & MURRAY LLP<br>JOSHUA L. CROWELL (295411)<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>jcrowell@glancylaw.com<br><br>*Liaison Counsel for Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri and Liaison Counsel for the Proposed Class*<br><br>(additional counsel listed in the signature block) | LABATON SUCHAROW LLP<br>JAMES W. JOHNSON (*pro hac vice*)<br>MICHAEL H. ROGERS (*pro hac vice*)<br>IRINA VASILCHENKO (*pro hac vice*)<br>JAMES T. CHRISTIE (*pro hac vice*)<br>MARGARET SCHMIDT (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>jjohnson@labaton.com<br>mrogers@labaton.com<br>ivasilchenko@labaton.com<br>jchristie@labaton.com<br>mschmidt@labaton.com<br><br>*Attorneys for Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri and Lead Counsel for the Proposed Class* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANCOUVER ALUMNI ASSET HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>Defendants. | Master File No. 16-cv-02942-DSF-KS<br><br>Judge:     Hon. Dale S. Fischer<br><br>**JOINT RESPONSE TO COURT'S AUGUST 27, 2020 ORDER** |
| MARIA MUNRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER,<br><br>Defendants. | Case No. 16-cv-03412-DSF-KS |

JOINT RESPONSE TO COURT'S AUGUST 27, 2020 ORDER
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS

Lead Plaintiff the Public School Retirement System of the School District of Kansas City, Missouri ("Lead Plaintiff" or "Kansas City"), through its counsel Labaton Sucharow LLP ("Labaton Sucharow" or "Lead Counsel"), together with Daimler AG ("Daimler" or the "Company"), and Dieter Zetsche, Bodo Uebber, and Thomas Weber (collectively, the "Defendants"), through their counsel, submit this response to the Court's August 27, 2020 Order re Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement ("August Order"). ECF No. 323.[1]

The Parties have agreed to the changes requested by the Court in the August Order. Attached hereto are documents to implement the Court's August Order.

**Exhibit 1** – Attached hereto is the Agreement Regarding Amendments to the Stipulation and Agreement of Settlement, dated September 14, 2020, which modifies the original Stipulation.

**Exhibit 2** - Attached hereto is a redlined version of a [Proposed Revised] Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which has been revised to reflect the amendment of the Stipulation.

**Exhibit 2A** - Attached hereto is a clean version of the revised Preliminary Approval Order.

**Exhibit 3** - Attached hereto is a redlined version of a revised Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses, which has been revised to reflect the amendment and to comport with the August Order.

**Exhibit 3A** - Attached hereto is a clean version of the revised Notice.

---

[1] Unless otherwise defined herein, capitalized terms have the same meanings as that set forth in the Stipulation and Agreement of Settlement, dated April 20, 2020 (the "Stipulation"), previously filed with the Court. *See* ECF No. 310-3.

JOINT RESPONSE TO COURT'S AUGUST 27, 2020 ORDER
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS

1

**Exhibit 4** - Attached hereto is a redlined version of a revised Summary Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses, which has been revised to reflect the amendment of the Stipulation.

**Exhibit 4A** - Attached hereto is a clean version of the revised Summary Notice.

**Exhibit 5** - Attached hereto is a redlined version of a revised Final Order and Judgment, which has been revised to reflect the amendment of the Stipulation.

**Exhibit 5A** - Attached hereto is a clean version of the revised Judgment.

The Parties have conferred and respectfully request that a final Settlement Hearing be held before the end of 2020, on any Monday (consistent with the Court's practice) on or after November 23, 2020. Counsel for the Parties can also be available on a day other than Monday.

Dated: September 14, 2020           Respectfully submitted,

**LABATON SUCHAROW LLP**

By: _____
JAMES W. JOHNSON (*pro hac vice*)
MICHAEL H. ROGERS (*pro hac vice*)
IRINA VASILCHENKO (*pro hac vice*)
JAMES T. CHRISTIE (*pro hac vice*)
MARGARET SCHMIDT (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
ivasilchenko@labaton.com
jchristie@labaton.com
mschmidt@labaton.com

*Attorneys for Lead Plaintiff and the Settlement Class*

**GLANCY PRONGAY & MURRAY LLP**
JOSHUA L. CROWELL (295411)
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
jcrowell@glancylaw.com

*Liaison Counsel for Lead Plaintiff and the Settlement Class*

**LATHAM & WATKINS LLP**

Dated: September 14, 2020        By: /s/ Peter A. Wald

PETER A. WALD (85705)
CHRISTOPHER TURNER (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
peter.wald@lw.com
christopher.turner@lw.com

*Attorneys for Daimler AG, Dieter Zetsche, Bodo Uebber and Thomas Weber*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List served via ECF on all registered participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2020

/s/ *James W. Johnson*
James W. Johnson

CERTIFICATE OF SERVICE
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS

**Mailing Information for a Case 2:16-cv-02942-DSF-KS Vancouver Alumni Asset Holdings, Inc. v. Daimler AG et al**
**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J Belfi**
  ebelfi@labaton.com,lpina@labaton.com,4076904420@filings.docketbird.com,electroniccasefiling@labaton.com

- **James T Christie**
  jchristie@labaton.com,lpina@labaton.com,smundo@labaton.com,9436348420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Paul J Collins**
  pcollins@gibsondunn.com,PLe@gibsondunn.com,eoldiges@gibsondunn.com,mjkahn@gibsondunn.com,JRodriguez@gibsondunn.com,cthomas@gibsondunn.com

- **Joshua Lon Crowell**
  jcrowell@glancylaw.com,joshua-crowell-496@ecf.pacerpro.com,info@glancylaw.com

- **Jenny Lynn Grantz**
  jenny.grantz@squirepb.com,carrie.takahata@squirepb.com

- **James W Johnson**
  jjohnson@labaton.com,7592785420@filings.docketbird.com,lpina@labaton.com,smundo@labaton.com,electroniccasefiling@labaton.com

- **Michael J Kahn**
  mjkahn@gibsondunn.com,jrodriguez@gibsondunn.com,SChoi@gibsondunn.com

- **Christopher J Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Matthew J Kemner**
  matthew.kemner@squirepb.com,Marsi.Allard@SquirePB.com

- **Francis P McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danny Lam Nguyen**
  danny.nguyen@usdoj.gov

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

MAIL LIST
CASE NO. 16-CV-02942-DSF-KS AND 16-CV-03412-DSF-KS

- **Michael H Rogers**
  mrogers@labaton.com,lpina@labaton.com,8956253420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Jonathan M Rotter**
  jrotter@glancylaw.com,jonathan-rotter-5262@ecf.pacerpro.com

- Margaret Schmidt
  mschmidt@labaton.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Christopher S Turner**
  christopher.turner@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com,christopher-turner-6162@ecf.pacerpro.com,DCECFNotificationsDC@lw.com

- **Irina Vasilchenko**
  ivasilchenko@labaton.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com,8032137420@filings.docketbird.com

- **Peter Allen Wald**
  peter.wald@lw.com,peter-wald-7073@ecf.pacerpro.com,#sflitigationservices@lw.com

- **Troy M Yoshino**
  troy.yoshino@squirepb.com,carrie.takahata@squirepb.com

- **Meryl L Young**
  myoung@gibsondunn.com,pmclean@gibsondunn.com

- **Nicole M Zeiss**
  NZeiss@labaton.com,5854006420@filings.docketbird.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com,Settlementquestions@labaton.com,cboria@labaton.com