UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-02942-DSF (KSx) | Date | December 14, 2020 |
| Title | Vancouver Alumni Asset Holdings, Inc. v. Daimler AG, et al. | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge - VTC

| Renee Fisher - VTC | Pat Cuneo - VTC |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| James W. Johnson - VTC<br>Nicole M. Zeiss - VTC | Christopher S. Turner - VTC |

**Proceedings:** MOTION HEARING (Non-Evidentiary – Held and Completed)

LEAD PLAINTIFF'S MOTION FOR FINALAPPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION [330]

LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES [331]

    The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on above motions and invites counsel to present their oral arguments. Oral arguments by counsel are heard. The matter is taken under submission.

    An extension will be granted to file claims through February 7, 2021.

    As requested in court and on the record, counsel are to provide further information no later than December 28, 2020.

    A written order will follow.