# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VANCOUVER ALUMNI ASSET HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated, | Master File No. 16-cv-02942-DSF-KS |
|---|---|
| Plaintiffs, | |
| v. | |
| DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER, | |
| Defendants. | |
| MARIA MUNRO, Individually and on Behalf of All Others Similarly Situated, | Case No. 16-cv-03412-DSF-KS |
| Plaintiffs, | |
| v. | **ORDER APPROVING PLAN OF ALLOCATION** |
| DAIMLER AG, DIETER ZETSCHE, BODO UEBBER, and THOMAS WEBER, | |
| Defendants. | |

1  This matter having come before the Court for a hearing on December 14,
2  2020, on the motion of Public School Retirement System of the School District of
3  Kansas City, Missouri for final approval of the proposed class action Settlement
4  and approval of the Plan of Allocation for the proceeds of the Settlement; the
5  Court having considered all papers filed and proceedings had; and otherwise being
6  fully informed;
7      IT IS ORDERED that:
8      1.    This Order incorporates by reference the definitions in the Stipulation
9  and Agreement of Settlement, dated April 20, 2020 (the "Stipulation"), as
10 amended by the Parties' Agreement Regarding Amendments to the Stipulation and
11 Agreement of Settlement, dated September 14, 2020, and all capitalized terms not
12 otherwise defined in this Order shall have the same meanings as set forth in the
13 Stipulation.
14     2.    Pursuant to and in compliance with Rule 23 of the Federal Rules of
15 Civil Procedure, this Court finds and concludes that due and adequate notice was
16 directed to Persons who are Settlement Class Members who could be identified
17 with reasonable effort, advising them of the Plan of Allocation and of their right to
18 object, and a full and fair opportunity was accorded to Persons who are Settlement
19 Class Members to be heard with respect to the Plan of Allocation.  There were no
20 objections to the Plan of Allocation.
21     3.    The Court finds and concludes that the Plan of Allocation for the
22 calculation of the claims of claimants that is set forth in the Notice of Pendency of
23 Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses
24 (the "Notice") disseminated to Settlement Class Members, provides a fair and
25 reasonable basis on which to allocate the Net Settlement Fund among Settlement
26 Class Members.
27     4.
28

1  The Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is,
2  in all respects, fair, reasonable, and adequate and the Court approves the Plan of
3  Allocation.
4
5       IT IS SO ORDERED.
6  DATED:  December 22, 2020
7                                                                 *Dale S. Fischer* (signature)
                                                                   Honorable Dale S. Fischer
8                                                                  UNITED STATES DISTRICT JUDGE

2